IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MOVADO GROUP, INC., AND MOVADO LLC,** | § § § | |
| **Plaintiffs,** | § § § | |
| v. | § § § | CIVIL ACTION NO._____ |
| | § | JURY TRIAL DEMANDED |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | § § § § | |
| **Defendants.** | § | |

## SCHEDULE A – SEALED DOCUMENT PURSUANT TO L.R. 26.2

This document is being filed under seal with a Motion for Leave to File Under Seal.