# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOVADO GROUP, INC. AND MOVADO LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Aaawatch007, et al.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:19-cv-03544<br><br>**District Judge Ronald A. Guzman**<br>**Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss this action with prejudice as to the following Defendants:

| Defendant's Name | Line of Schedule A |
|---|---|
| bestseller2046 | 53 |
| bestseller2046watch | 55 |
| Boniskissco | 52 |
| ebuy.store | 51 |
| elegantwatchesga | 56 |
| fashionsaleus | 57 |
| greetingss | 50 |

1

| JewelryWe | 28 |
|---|---|
| juzar_tapal | 54 |
| Meiyu Fashion Watches | 26 |
| Paymenow | 25 |

These Defendants have neither served an answer or a motion for summary judgment.

Dated: September 24, 2019

    */s/ Bart Rankin*
**Shima Roy**
shima.roy@bakermckenzie.com
**BAKER McKENZIE**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**W. Bart Rankin** (admitted *pro hac vice*)
w.rankin@bakermckenzie.com
**BAKER McKENZIE**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

ATTORNEYS FOR MOVADO GROUP, INC.
AND MOVADO LLC