**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MOVADO GROUP, INC. AND MOVADO LLC,** *Plaintiffs*, v. **Aaawatch007, et al.,** *Defendants*. | CIVIL ACTION NO. 1:19-cv-03544<br><br>**District Judge Ronald A. Guzman**<br>**Magistrate Judge Jeffrey Cummings** |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss this action as to the following Defendants:

| Defendant's Name | Line of Schedule A |
|---|---|
| Curren Watch Store | 61 |
| Discount_Watches Store | 70 |
| Sinobi Official Store | 59 |

These Defendants have neither served an answer or a motion for summary judgment.

1

2

Dated: September 24, 2019

        */s/ Bart Rankin*
**Shima Roy**
shima.roy@bakermckenzie.com
**BAKER McKENZIE**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**W. Bart Rankin** (admitted *pro hac vice*)
w.rankin@bakermckenzie.com
**BAKER McKENZIE**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

ATTORNEYS FOR MOVADO GROUP, INC. AND MOVADO LLC