**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MOVADO GROUP, INC. AND MOVADO LLC,** *Plaintiffs*, v. **Aaawatch007, et al.,** *Defendants*. | **CIVIL ACTION NO. 1:19-cv-03544** **District Judge Ronald A. Guzman** **Magistrate Judge Jeffrey Cummings** |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss this action with prejudice as to the following Defendants:

| **Defendant's Name** | **Line of Schedule A** |
|---|---|
| Excellent Watches LLC | 33 |
| Shine Web | 24 |

These Defendants have neither served an answer or a motion for summary judgment.

2

Dated: September 25, 2019

*/s/ Bart Rankin*
**Shima Roy**
shima.roy@bakermckenzie.com
**BAKER McKENZIE**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**W. Bart Rankin** (admitted *pro hac vice*)
w.rankin@bakermckenzie.com
**BAKER McKENZIE**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

ATTORNEYS FOR MOVADO GROUP, INC.
AND MOVADO LLC